Timothy E. Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346

Attorney for defendant,
STEVEN EDWARD CENICEROS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 05-MJ-150 PAN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING JUDGMENT |
| | ) | AND SENTENCING DATE |
| v. | ) | |
| | ) | |
| STEVEN EDWARD CENICEROS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties hereby stipulate to the following:

1.   This matter is presently set for judgment and sentencing on November 17, 2005, at 9:00 a.m.

2.   The parties hereby stipulate that the judgment and sentencing date may be continued in order to afford the probation department additional time to prepare the presentence investigation report, and for counsel to review and comment upon the report.  Thus, is hereby requested that the judgment and sentencing date be moved to **December 15, 2005, at 9:00** a.m.  The following schedule is hereby adopted: the draft presence investigation report will be available November 17, 2005; any informal objections concerning the proposed presentence investigation report will be due November 24, 2005; the final presentence report will be filed December 1, 2005; and any motion for

1

correction of the report will be filed December 8, 2005.  The US Probation Officer

has been consulted concerning this schedule, and is in agreement therewith.


DATED: October 31, 2005          /s/ Tim Warriner
                                 Attorney for defendant,
                                 STEVEN CENICEROS


DATED: October 31, 2005          /s/ Matt Stegman,
                                 Assistant U.S. Attorney


ORDER

         GOOD CAUSE APPEARING, it is hereby ordered that the judgment and sentencing date

be continued to December 15, 2005, at 9:00 a.m., and that the November 17, 2005 court date be

vacated.  The following schedule is adopted: the draft presentence investigation report will be

available by November 17, 2005; any informal objections concerning the proposed presentence

investigation report will be due November 24, 2005; the final presentence report will be filed

December 1, 2005; and any motion for correction of the report will be filed December 8, 2005.


DATED:   November 9  , 2005.      /s/ Peter A. Nowinski
                                 UNITED STATES DISTRICT COURT JUDGE

2